May 22, 2009

Ms. Jana Prigmore Ferguson
Assistant District Attorney
411 Elm Street, 5th Floor
Dallas, TX 75202
Mr. Thomas Albert Carse
The Carse Law Firm
6220 Campbell Rd., Bldg. 4, Suite 401
Dallas, TX 75248-1491

RE: Case Number: 08-0094
 Court of Appeals Number: 05-06-01373-CV
 Trial Court Number: 03-06662-C

Style: DALLAS COUNTY
 v.
 KIM POSEY, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Timothy A. |
| |Whitley |
| |Mr. John Warren |
| |Ms. Lisa Matz |